ANTONIA HERNÁNDEZ CURBELO, demandante-tercerista-apelante, *v.* FREIRÍA HNOS. & Co., S. en C., y JOSÉ CORRETJER HERNÁNDEZ, demandados-apelados.

No. 4551.—*Visto:* Junio 22, 1928. *Resuelto:* Noviembre 27, 1928.

*V. Polanco de Jesús,* abogado de la demandante-tercerista-apelante; *José Martínez Dávila,* abogado de los apelados.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La apelante Antonia Hernández Curbelo demandó en juicio de tercería en la Corte de Distrito de San Juan a Freiría Hermanos & Co., S. en C., y a José Corretjer Hernández para que se declarase que son propiedad de la tercerista los condominios que esa mercantil embargó a Corretjer para hacer cumplir una sentencia obtenida contra él. También radicó la tercerista una solicitud de *injunction* para que se ordenara al máshal de Arecibo que suspendiese la subasta que tenía anunciada de esos condominios hasta la resolución del pleito de tercería. La Corte inferior decretó el *injunction* solicitado y fué comunicado a la Corte de Arecibo. Entonces la mercantil solicitó de la Corte que libró el auto de *injunction* que exigiera a la tercerista que prestase fianza para responder de los daños y perjuicios que dicho auto pudiera causarle, petición a la que se opuso la tercerista pero la Corte ordenó que se prestase la mencionada fianza por determinada cantidad, fijando para ello un término de cinco

días, transcurrido el cual sin prestarse la fianza y a instancia de la expresada mercantil dejó sin efecto el *injunction* decretado con imposición a la tercerista del pago de las costas y de honorarios de abogado, contra cuya resolución se interpuso esta apelación alegándose como único motivo para ella que la Corte inferior cometió error al imponerle el pago de esas costas.

Aceptando la tercerista apelante que debía prestar fianza para obtener el *injunction* que solicitó y fué decretado pues no ha recurrido contra la resolución que le ordenó que prestase fianza por determinada cantidad dentro de cierto tiempo, y no habiendo alegado error por haber sido dejado sin efecto el decreto de *injunction* que obtuvo, a pesar de haberse opuesto a que se anulara, nos parece claro que procedió con temeridad al oponerse a la prestación de fianza y que por esto está bien condenado al pago de las costas y de honorarios de abogado en el procedimiento incidental de *injunction*.

*La resolución apelada debe ser confirmada.*